# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

FILED
Scott L. Poff, Clerk
United States District Court

By casbell at 12:11 pm, Jul 23, 2018

| | | |
|---|---|---|
| SHEILA TEED, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:18-cv-20 |
| | * | |
| v. | * | |
| | * | |
| ZERO WASTE SOLUTIONS-AMTRUST; | * | |
| and LORETTA MOORE, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's June 14, 2018 Report and Recommendation, dkt. no. 9, to which the parties did not file Objections.[1] Accordingly, the Court **ADOPTS**

---

[1] Although the Clerk of Court docketed Plaintiff's most recent communication to the Court as an "Objection," dkt. no. 11, a review of this document shows that Plaintiff does not actually object to the Magistrate Judge's recommendation. In this pleading, Plaintiff states she is "seeking counsel" and provides further information regarding her age discrimination claim. Id. Plaintiff does not request any specific relief in her communication. In order to accurately reflect the contents of this pleading, the Court **AUTHORIZES** and **DIRECTS** the Clerk of Court to update the docket and label this pleading as a "Letter to the Court." It is not clear whether Plaintiff's statement that she is "seeking counsel" indicates that she is attempting to retain counsel to represent her or if she desires for the Court to appoint her counsel. If Plaintiff is seeking for the Court to appoint counsel to represent her, she must file a motion clearly seeking such appointment. Further, the Court advises her that she does not have a constitutional right to appointed counsel in this civil case, and the Court would only appoint counsel to represent her upon a showing of exceptional circumstances. Wright v. Langford, 562 F. App'x 769, 777

the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendant Loretta Moore. However, Plaintiff's Age Discrimination in Employment Act and Americans with Disabilities Act claims against Defendant Zero Waste Solutions-Amtrust shall remain pending before the Court.

**SO ORDERED**, this 23 day of July, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

(11th Cir. 2014) (per curiam); Fowler v. Jones, 899 F.2d 1088, 1096 (11th Cir. 1990). Additionally, should Plaintiff seek to amend her Complaint, she must file a pleading that is clearly labeled as an Amended Complaint.

AO 72A
(Rev. 8/82)

2