FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2018 SEP 12 PM 12: 17

CLERK_____
SO. DIST. OF GA.

Sheila Teed
   Plaintiff

Zero Waste Solutions - Antitrusts
   Defendant

Civil Action No:
   2:18-CV-20

I Sheila Teed am entering Flete Employee Seniority List for Zero Waste Solutions, Work status 6/2/2017 after released by Dr to return full duty: 6/5/17.

Medical Report of 4-17-17 on the job.

I never received a termination letter from Zero Waste.

Sheila Teed
Sept 12, 2018
912-317-7256



**SOUTHERN ORTHOPAEDICS & SPORTS MEDICINE**
*A Joint Effort*

**Dr. Michael L. Dunn**
Board-Certified: American Board Orthopaedic Surgery
Fellowship Trained in Hand, Upper Extremity & Microsurgery
Certificate Of Added Qualification For Surgery Of The Hand
Fellow of the American Academy of Orthopaedic Surgeons

**Dr. J. Kevin Brooks**
Board-Certified: American Board Orthopaedic
Surgery Comprehensive Orthopaedic Surgery
Fellow of the American Academy of Orthopaedic Surgeons

**Dr. Ralph P. Morales**
Board-Certified: American Board of Orthopaedic Surgery
Fellowship Trained in Sports Medicine at the Hughston Clinic
Fellow of the American Academy of Orthopaedic Surgeons

**Dr. Raymond F. Topp**
Board-Certified: American Board Surgery
Fellowship Trained in Spinal Surgery
Fellow of the American Academy of Orthopaedic Surgeons

**R. Blake Burrell, PA**
*Physician Assistant*

**Richard C. Sipe, PA**
*Physician Assistant*

**Mark Dunham NP**
*Nurse Practitioner*

# WORK STATUS

Attention: **Loretta**   Phone: ____

FAX: **678-258-8399**

Patient: **Sheila Teed**   DOB: **-1952**   Date: **6-6-13**

WC Claim Number: **2690532**   Next Visit: **4** days..(weeks) as needed after MRI...after Surgery

Return to regular Job? ☐ Yes ☒ No   Continue / as of: ____

Return to light Duty: ☒ Yes ☐ No   Continue / as of: **6/7/2017**

Restrictions: None

Restrictions Other:

____ No use of R or L upper extremity
✓ No overhead work
✓ No lifting > **10** lbs.
✓ No repeated pushing or pulling
____ No climbing: steps / ladders
✓ No squatting /kneeling / crawling
✓ No running /jumping /marching

____ No prolonged standing
____ No use of firearms
____ Desk Job only
____ No driving
____ Brace required while ambulating
____ Crutches or brace needed while standing

Additional Restrictions: ____

Physician Signature: _[signature]_   Date: **6/6/17**

3231 GLYNN AVENUE, BRUNSWICK, GA 31520  PHONE (912) 265-9006  FAX (912) 265-7200

Report: TEED, SHEILA                                                                 Page 1 of 2

TEED, SHEILA                                                                          MRN: 17032

 

**88 Lindsey Lane, Suite A**
**Kingsland, GA 31548**
**Ph: (912) 729-2600  Fax (912) 729-4122**

Study Arrival Date: 05/30/2017 1:14 PM EDT
Report Approval Date: 06/02/2017 9:11 AM EDT

| PATIENT | STUDY |
|---|---|
| Name: TEED, SHEILA | Date: May 30, 2017 12:18:54 |
| Mrn: 17032 | Institution Name: OPEN MRI OF CAMDEN |
| Gender: f | Referring Physician: TOPP |
| Age: 065Y | Performing Physician: NONE |
| Birthday:       1952 | Modality Type: MR |
| | Description: LSP |
| | Body Part(s): -L_SPINE |

**INTERPRETING PHYSICIAN**
Name: Dr. Megan Deacon Casey

MRI LUMBAR SPINE WITHOUT CONTRAST

Clinical history: Low back pain with numbness in tailbone status post fall 4/17/2017.

Comparison: None.

Technique: Multiplanar multisequence MR imaging of the lumbar spine performed without intravenous contrast. Examination was performed on a low field magnet.

Findings:
There is straightening of the lumbar lordosis which may be positional or related to muscle spasm. Vertebral body heights are maintained. Schmorl's node superior endplate of L1. Marked disc height loss at L5-S1 and to a lesser extent at L4-L5. Multilevel disc desiccation L2-L3, L3-L4, L4-L5, and L5-S1. No epidural collections or masses. The conus terminates at the T12 level. Bilateral large perineural cysts at the S2 level.

Incidental note is made of a 1 cm gallstone without evidence for acute cholecystitis.

T12-L1: Disc space is preserved. Central canal, facets, and neural foramen are within normal limits.

L1-L2: Disc space is preserved. Central canal, facets, and neural foramen are within normal limits.

L2-L3: Circumferential disc bulging with a 2 mm annular tear, probably acute. There is flattening of the ventral thecal sac. Mild neural foraminal stenosis bilaterally secondary to foraminal disc components and facet hypertrophy.

exposure: smoker for 50 yrs 1 ppd - quit in 2015. As of 2/2016 - still smokes occasionally. .

**Medications:** Taking Aspirin 81 MG Tablet Chewable 1 tablet Orally Once a day, Not-Taking/PRN Lamisil 250 MG Tablet 1 tablet Orally Once a day, Discontinued Zithromax Z-Pak 250 MG Tablet 2 tablets on the first day, then 1 tablet daily for 4 days Orally Once a day, Discontinued Doxycycline Hyclate 100 MG Tablet 1 tablet Orally every 12 hrs, Discontinued Proventil HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs as needed Inhalation every 4 hrs, Medication List reviewed and reconciled with the patient

**Allergies:** Augmentin: HA: Side Effects, Simvastatin: leg pain and swelling, "all statins": Side Effects, Doxycycline Hyclate: rash: Allergy.

## Objective:

**Vitals:** Wt 138.4, Ht 70, Temp 96.7, BP 124/67 mm Hg, HR 71 /min, BMI 19.86, RR 18, Oxygen sat % 99, Ht-cm 177.8, Wt-kg 62.78.

**Examination:**
  General Examination:
    Chief Complaint Lindsey Mills, LPN .
    Vital signs obtained by: Lindsey Mills, LPN .
    OB/GYN Update (women only) Lindsey Mills, LPN.
    Medication reconciliation Lindsey Mills, LPN .
  General Examination:
    MUSCULOSKELETAL: There is Minimal tenderness to palpation of midline spine paralumbar muscles. Straight leg raise is positive bilaterally and sitting straight leg is also positive bilaterally left greater than right. She is unable to complete Faber maneuver due to increased pain. DTRs are 2+ and equal at the knees bilaterally but unable either ankle. Strength is 5/5 lower extremity muscle groups tested including flexion and extension at the knees, abduction and adduction of the hips, flexion and extension at the ankles..

## Assessment:

**Assessment:**
1. Cervical lymphadenopathy - R59.0
2. Lumbar radiculopathy, acute - M54.16 (Primary)

## Plan:

**1. Lumbar radiculopathy, acute**
  Imaging: X ray : Spines, lumbar complete
Notes: Bilateral lumbar radicular symptoms in the setting of post injury with known prior spinal disease in the cervical spine. Patient has symptoms and findings that could be suggestive of herniated nucleus pulposus and/or spinal stenosis. Start with lumbar spine plain films with flexion and extension as well as physical therapy. Proceed with MRI imaging if not improving. No new medication will be given as she are he has failed pain meds NSAIDs and steroids.

**2. Cervical lymphadenopathy**
Notes: Ongoing anterior cervical lymphadenopathy on the left. We'll send to otolaryngology for evaluation consider biopsy of the lymph node. She also has been through multiple courses of antibiotics and steroids with no change.
Referral To:Otolaryngology
        Reason:ENT for right sided lymph note, ant cervical chain


**Provider:** Jay Floyd, MD
**Patient:** Teed, Sheila  **DOB:** /   /  /1952  **Date:** 05/02/2017

Electronically signed by Jay Floyd , MD on 05/03/2017 at 02:34 PM EDT
Sign off status: Pending